# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kamrie Wells, a/k/a Kamrie Mae Armajo, | ) | Case No. 1:17-cr-010 |
| | ) | |
| Defendant. | ) | |

The court had appointed AFPD Michelle Monteiro to represent defendant in this matter. The court has now been advised that defendant has retrained attorney John Bruhn, who filed a notice of appearance on February 7, 2017. Accordingly, attorney John Bruhn shall be substituted as counsel of record for defendant. AFPD Michelle Monteiro is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 10th day of February, 2017.

                                                 */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr., Magistrate Judge
                                                 United States District Court