**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER AMENDING DEFENDANT'S** |
| ) | **CONDITIONS OF PRETRIAL RELEASE** |
| vs. ) | |
| ) | |
| Kamrie Wells, ) | Case No. 1:17-cr-010 |
| ) | |
| Defendant. ) | |

Defendant was conditionally released to her parents' residence in New Town, North Dakota, pending final disposition of this matter. On March 7, 2017, the supervising Pretrial Services Officer advised the court that defendant had been admitted into the Heartview Foundation's inpatient treatment program in Bismarck, North Dakota. Accordingly, defendant's release conditions shall be modified as follows:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall report to the Pretrial Services Office at such times and in such manner as designated by the supervising officer.

(4) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as

a positive test.

(5) Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by the Pretrial Services Officer at the request the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(6) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(7) Defendant shall not knowingly or intentionally have any direct or indirect contact with her co-defendants, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

(8) Defendant shall reside at the Heartview Foundation's facility in Bismarck, attend and participate in its inpatient drug treatment program, and comply with all rules and regulations imposed by the program and/or its employees, and the facility where she is residing.

(9) Defendant shall sign all releases of information requested by the Pretrial Services Officer to monitor her progress and participation in the Heartview Foundation's treatment program.

(10) At least four days before completion of, or upon termination from, the Heartview Foundation's inpatient treatment program, defendant shall contact the Pretrial Services Officer to discuss her living arrangements.

(11)    Upon his discharge from the Heartview Foundation's inpatient treatment program, defendant shall reside at a residence approved by the Pretrial Services Officer and not change this residence without permission from the Pretrial Services Officer.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2017.

*/s/ Charles S.  Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
