# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Kamrie Wells, a/k/a Kamrie Mae Armajo, | ) | Case No. 1:17-cr-010 |
| Defendant. | ) | |

On March 20, 2017, defendant's retained counsel, attorney Jeremy Curran, filed a notice of appearance on defendant's behalf. Accordingly, Mr. Curran shall be substituted as defense counsel of record. Attorney John Bruhn is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court