IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KAMRIE WELLS, a/k/a KAMRIE MAE ARMAJO,<br><br>  Defendant. | Case No. 1:17-cr-010-01<br><br>UNITED STATES' SENTENCING MEMORANDUM |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, and Rick L. Volk, Assistant United States Attorney, has no objections or corrections to the Pre-Sentence Investigation Report in this case.

Dated this 11th day of January, 2018.

                                            CHRISTOPHER C. MYERS
                                            United States Attorney

By:   */s/ Rick L. Volk*
        RICK L. VOLK
        Assistant United States Attorney
        P. O. Box 699
        Bismarck, ND  58502-0699
        (701) 530-2420
        N.D. Bar Board ID No. 04913
        Attorney for United States