PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Report on Offender under Supervision

Name of Offender:  Kamrie Wells         Case Number:   0868 1:17CR00010

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, Chief U.S. District Court Judge

Date of Original Sentence:  January 16, 2018

Original Offense:         Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:        One (1) day imprisonment; Three (3) years supervised release

Type of Supervision:  TSR            Date Supervision Commenced:  1/16/2018

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1) | On March 13, 2018, the defendant admitted to abusing oxycodone daily for the past month. This is in violation of the standard and special conditions of her release. |
| 2) | The defendant failed to report to the U.S. Probation Officer as directed. This is in violation of the standard conditions of her release. |
| 3) | On March 8, 2018, the defendant refused to submit a sufficient urine sample for random drug screening. This is in violation of the special conditions of her release. |
| 4) | On February 14 and 27, 2018, the defendant failed to report for random drug screenings. This is in violation of the special conditions of her release. |
| 5) | The defendant failed to participate in a drug treatment program. This is in violation of the special conditions of her release. |

PROB 12A
(Rev. 2/13)
Wells, Kamrie
0868 1:17CR00010

U.S. Probation Officer Action:

Ms. Kamrie Wells (Wells) admitted to this officer that she has been abusing oxycodone daily for the past month. She also admitted to going on "drug runs" with Justin Price whom was recently indicted on Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone.

Wells expressed an interest to get back into substance abuse treatment. She also stated she would no longer like to reside on the Ft. Berthold Reservation.

It was agreed upon a Residential Reentry Center would be the best fit for Wells so she can get back into substance abuse treatment and establish herself in a community. The defendant will be placed at Centre, Inc., for a period of up to six (6) months.

Respectfully submitted,

/s/ Fallon Clouse
U.S. Probation Officer
Date: March 19, 2018

☑ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

March 20, 2018
Date