PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Kamrie Wells          Case Number:  0868 1:17CR00010

Name of Sentencing Judicial Officer:   Daniel L. Hovland, Chief U.S. District Court Judge

Date of Original Sentence:  January 16, 2018

Original Offense:       Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:      One (1) day imprisonment; three (3) years supervised release

Type of Supervision:  TSR           Date Supervision Commenced:  1/16/2018

Asst. U.S. Attorney: Rick L. Volk       Defense Attorney: Jeremy Curran

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | On February 14 and 27, 2018, the defendant failed to report for random drug screenings. This is in violation of the special conditions of her release. |
| 2) | On March 8, 2018, the defendant refused to submit a sufficient urine sample for random drug screening. This is in violation of the special conditions of her release. |
| 3) | On March 13, 2018, the defendant admitted to abusing oxycodone daily for the past month. This is in violation of the special conditions of her release. |
| 4) | On March 26, 2018, the defendant tested positive and admitted to the use of oxycodone, buprenorphine and alcohol. This is in violation of the special conditions of her release. |
| 5) | On April 21, 2018, the defendant tested positive for benzodiazepines. This is in violation of the special conditions of her release. |

PROB 12C
(Rev. 2/13)
Wells, Kamrie
0868 1:17CR00010

6)     On June 29, 2018, the defendant tested positive for oxycodone and alcohol. This is in violation of the special conditions of her release.

7)     The defendant failed to report a change of residence. Her whereabouts at this time are unknown. This is in violation of the standard conditions of her release.

8)     The defendant failed to report to the US Probation officer as instructed. This is in violation of the standard conditions of her release.

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of Ms. Kamrie Wells and hearings be held to determine if she has violated the terms and conditions of her supervised release.

☒ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2018

/s/ Fallon Clouse
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

July 12, 2018
Date